**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Brett Taitz, et al.,<br>Defendant(s). | Case No. 2:26-cv-01003-CDS-NJK<br>**ORDER**<br>[Docket No. 23] |

Pending before the Court is the Receiver's motion to extend time for service. Docket No. 23. No response has been filed. The Court must extend the time for service for an appropriate period upon a showing of good cause. Fed. R. Civ. P. 4(m). In this case, the Receiver attempted to obtain service waivers and thereafter attempted actual service. *See* Docket No. 23-1 at ¶¶ 6-21. In light of the Receiver's diligence, good cause exists to extend the service period. Accordingly, the Court **GRANTS** the motion to extend time. The service deadline is extended to August 28, 2026.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge